United States District Court
Southern District of Texas
ENTERED

AUG 2 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 1 9 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ZIAN XIONG ZHANG, AKA:     *
JIE SHONG JANG             *
                           *
VS.                        *          CIVIL ACTION
                           *          NO. B-93-159
                           *
E. M. TROMINSKI,           *
DISTRICT DIRECTOR,         *
IMMIGRATION & NATURALIZATION *
SERVICE, ET AL             *

## ORDER OF DISMISSAL

Before this Court is a Petition for Writ of Habeas Corpus
filed pursuant 8 U.S.C. § 1105 (a)(b), seeking review of the
decision of the Board of Immigration and Appeals, dated June 30,
1993, denying his application for withholding of deportation and
asylum and ordering that he be excluded and deported to China.

Ordered to respond, the Director of Immigration and Natura-
lization Service has filed a brief in suport of the decision of
the Board of Immigration and Appeals and released Peitioner on
Bond.  Almost five years have elapsed and Petitioner has failed
to file a brief in support of his position or take any action to
further prosecute his case.

Because of the foregoing, this Court is of the opinion that
this cause of action should be dismissed for failure to
prosecute.

It is so ORDERED.

Done at Brownsville, Texas, this _____ day of August,
1998.

_____
Hilda G. Tagle
United States District Judge